1

2

3

4

5

6    Michael R. Brooks, Esq.                          *Electronically filed: April 29, 2013*
      Nevada Bar No. 7287
7    Regina A. Habermas, Esq.
      Nevada Bar No. 8481
8    BROOKS BAUER LLP
      1645 Village Center Circle, Suite 200
9    Las Vegas, Nevada 89134
      Ph (702) 851-1191
10   Fax (702) 851-1198
      *Attorneys for Defendants*
11   *Homeward Residential, Inc.,*
      *Power Default Services, Inc., and*
12   *Mortgage Electronic Registration Systems, Inc.*

13                    **UNITED STATES DISTRICT COURT**

14                    **FOR THE DISTRICT OF NEVADA**

15

16   ANTHONY COLEMAN,                          Case No.:      2:11-cv-00178-GMN-VCF

                     Plaintiff,
17
          vs.
18
      AMERICAN HOME MORTGAGE SERVICING,        **ORDER GRANTING**
19   INC.; POWER DEFAULT SERVICES, INC.; T.D.  **MOTION FOR ORDER**
      SERVICE COMPANY; MORTGAGE                 **AUTHORIZING RECORDATION**
20   ELECTRONIC REGISTRATION SYSTEMS,          **OF RESCISSION OF TRUSTEE'S**
      INC.; AMERICAN HOME MORTGAGE              **DEED UPON SALE**
21   ACCEPTANCE INC.; and DOES 1-25,

22                   Defendants.

23
              This matter came before the Court for hearing on April 23, 2013 at 10:00 a.m., for the
24
      Honorable Gloria M. Navarro, on the Motion for Order Authorizing Recordation of Rescission
25
      of Trustee's Deed Upon Sale filed by Defendants HOMEWARD RESIDENTIAL, INC.,
26
      formerly known as AMERICAN HOME MORTGAGE SERVICING, INC. ("Homeward"),
27
      POWER DEFAULT SERVICES, INC. ("Power Default"), and MORTGAGE ELECTRONIC
28

BROOKS BAUER LLP
1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191   FAX: (702) 851-1198

REGISTRATION SYSTEMS ("MERS").  Plaintiff was present at the hearing, appearing Pro-Se.

Defendants were represented by Michael R. Brooks, Esq. of the law firm of Brooks Bauer LLP.

WHEREAS, this Court, having reviewed the pleadings and papers on file herein, and for

good cause appearing; therefore

IT IS HEREBY ORDERED that Defendants Motion for Order Authorizing Recordation

of Rescission of Trustee's Deed Upon Sale is GRANTED.

SO ORDERED.

**DATED** this 2nd day of May, 2013.

_____

Gloria M. Navarro
United States District Judge

BROOKS BAUER LLP

By:____ */s/Michael R. Brooks, Esq.*_____
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Regina A. Habermas, Esq.
Nevada Bar No. 8481
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Ph (702) 851-1191
Fax (702) 851-1198
*Attorneys for Defendants*
*Homeward Residential, Inc.,*
*Power Default Services, Inc., and*
*Mortgage Electronic Registration Systems, Inc.*

BROOKS BAUER LLP
1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191  FAX: (702) 851-1198