# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ANTHONY COLEMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICAN HOME MORTGAGE ACCEPTANCE INC.; and DOES 1-25,<br><br>        Defendants. | 2:11-cv-00178-GMN-VCF<br><br>**ORDER** |

       Before the Court is *Anthony Coleman v. American Home Mortgage Servicing, Inc., et al.*, case no. 2:11-cv-00178-GMN-VCF.

       On May 20, 2013, Defendants filed an Interim Status Report. (#101). On May 29, 2013, Plaintiff filed his Interim Status Report and Opposition to Defendant's Interim Status Report. (#'s 102 & 103). Defendants filed a response to Plaintiff's Opposition to Defendant's Interim Status Report. (#104). Plaintiff filed a proposed Discovery Plan and Scheduling Order on July 19, 2013. (#106). The Court held a hearing on the Plaintiff's Opposition to Defendant's Interim Status Report and Discovery Plan and Scheduling Order. (#110). The Court heard representations from the parties. Defendants informed the Court that American Home Mortgage Servicing, Inc. has changes its name to Homeward Residential, Inc.

       Plaintiff's Opposition to Defendant's Interim Status Report does not contain any legal authority. Local Rule 26-3 requires the parties to submit an Interim Status Report, in which, they must advise

whether the need for trial will be eliminated or affected by substantive motions.  Defendant's Interim Status Report is in compliance with Local Rule 26-3.

Accordingly,

IT IS HEREBY ORDERED  that the Court Clerk will update the docket to reflect Defendant Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc.

IT IS FURTHER ORDERED that the proposed Discovery Plan and Scheduling Order (#106) is DENIED.

IT IS FURTHER ORDERED that the Joint Pretrial is due on or before September 13, 2013, which is 30 days after the date set for filing of dispositive motions.  In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order must be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

IT IS FURTHER ORDERED that Plaintiff's Opposition to Defendant's Interim Status Report (#103) is DENIED.

DATED this 29th day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE