**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ANTHONY COLEMAN, | |
| Plaintiff, | 2:11-cv-00178-GMN-VCF |
| vs. | **ORDER** |
| AMERICAN HOME MORTGAGE SERVICING,INC.; POWER DEFAULT SERVICES, INC.; SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICAN HOME MORTGAGE ACCEPTANCE INC.; and DOES 1-25, | |
| Defendants. | |

Before the Court is T.D. Service Company's Request for Exception to Order Scheduling Settlement Conference. (#115).

A settlement conference is scheduled for October 18, 2013. (#113). On September 13, 2013, Defendant T.D. Service Company filed a Request for Exception to Order Scheduling Settlement Conference (#115). Defendant requests the following modifications to the attendance requirements as set forth in the Order Scheduling Settlement Conference:

1. In person attendance by counsel for TD, Kevin S. Soderstrom, Esq.,

2. Telephonic participation by Patrick Dobiesz, President of T.D. Service Company, and

3. An exception to the requirement that it arrange for participation by its insurance carrier at the October 18, 2013 settlement conference.

Defendant states that the remaining claim against TD is for statutorily defective foreclosure under NRS§ 170.080 and "TD is not a key party in this action, as TD is not claiming, nor has it claimed, any interest of its own in the real property."

1 Defendant has demonstrated sufficient reasons to excuse their insurance carrier from the
2 settlement conference. The Court finds that, however, it is pertinent to have a representative with
3 settlement authority present in person at the settlement conference.

4 IT IS HEREBY ORDERED that T.D. Service Company's Request for Exception to Order
5 Scheduling Settlement Conference (#115) is GRANTED in part and DENIED in part. T.D.'s insurance
6 carrier is excused from the settlement conference.

7 IT IS FURTHER ORDERED that Defendant T.D. Service Company must have a representative
8 with settlement authority present in person at the settlement conference scheduled for October 18, 2013
9 at 10:00 a.m.

10 DATED this 16th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE