1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
   Raymond Jereza, Esq.
3  Nevada Bar No. 11823
   5532 South Fort Apache Road, Suite 110
4  Las Vegas, Nevada 89148
5  (702) 475-7964; Fax: (702) 946-1345
   rjereza@wrightlegal.net
6  *Attorneys for Defendants, Homeward Residential, Inc.,*
7  *Power Default Services, Inc., and*
   *Mortgage Electronic Registration Systems, Inc.*
8
                    **UNITED STATES DISTRICT COURT**
9                   **FOR THE DISTRICT OF NEVADA**
10

11 | ANTHONY COLEMAN,                              | Case No.: 2:11-cv-00178-GMN-VCF |
12 |                    Plaintiff,                  |
13 |          vs.                                   |
14 | AMERICAN HOME MORTGAGE                         |
15 | SERVICING, INC.; POWER DEFAULT                 |
   | SERVICES, INC.; T.D. SERVICE                   |
16 | COMPANY; MORTGAGE ELECTRONIC                   |
   | REGISTRATION SYSTEMS, INC.;                    |
17 | AMERICAN HOME MORTGAGE                         |
   | ACCEPTANCE INC.; and DOES 1-25,                |
18 |                                                |
19 |                    Defendants.                 |

20                    **SUBSTITUTION OF ATTORNEY**
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

| | |
|---|---|
| 1 | Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, |
| 2 | Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. hereby |
| 3 | substitutes and appoints the firm of WRIGHT, FINLAY & ZAK, LLP, as its attorneys in the |
| 4 | above-entitled matter in place and stead of BROOKS BAUER LLP. |

Dated: _October 7_, 2013.

          HOMEWARD RESIDENTIAL, INC. formerly known as AMERICAN HOME MORTGAGE SERVICING, INC.

          By: _Nancy Gierlich_

          Name: _Nancy Gierlich, Senior Counsel_

          POWER DEFAULT SERVICES, INC.

          By: _____

          Name: _____

          MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

          By: _____

          Name: _____

BROOKS BAUER LLP, hereby substitutes in its place and stead the law firm of WRIGHT, FINLAY & ZAK, LLP, as attorneys for Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. in the above-entitled matter.

DATED this ___ day of _____, 2013.

          BROOKS BAUER LLP

          By: _____
          Michael R. Brooks, Esq.
          1645 Village Center Circle, Suite 200
          Las Vegas, Nevada 89134

1 | Homeward Residential, Inc. formerly known as American Home Mortgage Servicing,
2 | Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. hereby
3 | substitutes and appoints the firm of WRIGHT, FINLAY & ZAK, LLP, as its attorneys in the
4 | above-entitled matter in place and stead of BROOKS BAUER LLP.
5 | Dated: _____October 7_____, 2013.

HOMEWARD RESIDENTIAL, INC. formerly known as AMERICAN HOME MORTGAGE SERVICING, INC.

By: _____[signature]_____

Name: _Nancy Gierlich, Senior Counsel_

POWER DEFAULT SERVICES, INC.

By: _____[signature]_____

Name: _DANIEL FEINSTEIN, PRESIDENT_

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____

Name: _____

BROOKS BAUER LLP, hereby substitutes in its place and stead the law firm of WRIGHT, FINLAY & ZAK, LLP, as attorneys for Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. in the above-entitled matter.

DATED this ____ day of _____, 2013.

BROOKS BAUER LLP

By: _____
Michael R. Brooks, Esq.
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

2

1  Homeward Residential, Inc. formerly known as American Home Mortgage Servicing,
2  Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. hereby
3  substitutes and appoints the firm of WRIGHT, FINLAY & ZAK, LLP, as its attorneys in the
4  above-entitled matter in place and stead of BROOKS BAUER LLP.
5  Dated: _____October 7_____, 2013.

HOMEWARD RESIDENTIAL, INC. formerly known
as AMERICAN HOME MORTGAGE SERVICING,
INC.

By: _____Nancy Gierlich_____

Name: _Nancy Gierlich, Senior Counsel_

POWER DEFAULT SERVICES, INC.

By: _____

Name: _____

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: _____Clara Helena Tasorda_____

Name: _Clara Helena Tasorda_

19  BROOKS BAUER LLP, hereby substitutes in its place and stead the law firm of
20  WRIGHT, FINLAY & ZAK, LLP, as attorneys for Homeward Residential, Inc. formerly known
21  as American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Mortgage
22  Electronic Registration Systems, Inc. in the above-entitled matter.
23  DATED this ____ day of _____, 2013.

BROOKS BAUER LLP

By: _____
Michael R. Brooks, Esq.
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

2

1  Homeward Residential, Inc. formerly known as American Home Mortgage Servicing,
2  Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. hereby
3  substitutes and appoints the firm of WRIGHT, FINLAY & ZAK, LLP, as its attorneys in the
4  above-entitled matter in place and stead of BROOKS BAUER LLP.
5  Dated: _____, 2013.

HOMEWARD RESIDENTIAL, INC. formerly known as AMERICAN HOME MORTGAGE SERVICING, INC.

By: _____

Name: _____

POWER DEFAULT SERVICES, INC.

By: _____

Name: _____

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____

Name: _____

BROOKS BAUER LLP, hereby substitutes in its place and stead the law firm of WRIGHT, FINLAY & ZAK, LLP, as attorneys for Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. in the above-entitled matter.

DATED this 3 day of October, 2013.

BROOKS BAUER LLP

By: _____
Michael R. Brooks, Esq.
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

2

1  WRIGHT, FINLAY & ZAK, LLP, hereby accepts substitution as attorneys for
2  Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc.,
3  Power Default Services, Inc., and Mortgage Electronic Registration Systems, Inc. in the above-
4  entitled matter in place and stead of BROOKS BAUER LLP.
5  DATED this 11th day of Oct., 2013.

WRIGHT, FINLAY & ZAK, LLP

By: _____
Dana Jonathon Nitz, Esq.
Nevada Bar No. 000050
Raymond Jereza, Esq.
Nevada Bar No. 11823
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  10-20-2013

3

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **SUBSTITUTION OF ATTORNEY** was made on the _18th_ day of _October_, 2013 by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, and faxed to addressed as follows:

Michael R. Brooks, Esq.
Jeffrey Todd, Esq.
Regina A. Habermas
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Gregory L. Wilde, Esq.
Kevin S. Soderstrom, Esq.
TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
*Attorney for Defendant, T.D. Service Company*

Anthony Coleman
6136 Benchmark Way
North Las Vegas, NV 89031
*Attorney for Plaintiff*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP

4