WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Ryan O'Malley, Esq.
Nevada Bar No. 12461
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
(702) 475-7967; Fax: (702) 946-1345
romalley@wrightlegal.net
*Attorneys for Defendants, Homeward Residential, Inc.; Power Default Services, Inc.; and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY COLEMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; T.D. SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICAN HOME MORTGAGE ACCEPTANCE INC.; and DOES 1-25,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-00178-GMN-VCF<br><br>**ORDER** |

　　　　On September 8, 2014, Plaintiff Anthony Coleman ("Coleman" or "Plaintiff") filed a Motion for Judgment on the Pleadings (Docket # 150). On September 29, 2014, Defendants Homeward Residential, Inc. ("Homeward"), Power Default Services, Inc. ("Power"), and Mortgage Electronic Registration Systems, Inc. ("MERS") filed a Motion to Dismiss for Mootness (Docket # 153). On September 30, 2014, Defendant T.D. Service Company ("T.D. Service") joined in said Motion to Dismiss for Mootness (Docket #155). On October 10, 2014, Plaintiff filed a Renewed Motion for Judgment on the Pleadings (Docket #158). Also on October 10, 2014, Plaintiff filed a Renewed Motion to Continue Trial (Docket #159).

1

1  Upon considering the above-described motions, and good cause appearing, the Court
2  hereby rules as follows:
3      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant T.D.
4  Service's Joinder (Docket #155) is APPROVED.
5
6      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants'
7  Motion to Dismiss for Mootness (Docket #153) is GRANTED as to all Defendants to this action.
8      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion
9  for Judgment on the Pleadings (Docket # 150) is DENIED.
10     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's
11 Renewed Motion for Judgment on the Pleadings (Docket # 158) is DENIED.
12     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's
13 Renewed Motion to Continue Trial (Docket #159) is DENIED.
14     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this action shall be
15 DISMISSED WITH PREJUDICE.
16 ...
17 ...
18 ...
19 ...
20 ...
21 ...
22 ...
23 ...
24 ...
25 ...
26 ...
27 ...
28 ...

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this case is hereby closed.

**DATED** this 18th day of November, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted:

WRIGHT, FINLAY & ZAK, LLP

 /s/ Ryan T. O'Malley
Ryan T. O'Malley, Esq.
Nevada Bar No. 12461
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants, Homeward Residential, Inc.; Power Default Services, Inc.; and Mortgage Electronic Registration Systems, Inc.*